CSD 1184 [05/19/17]
Name, Address, Telephone No. & I.D. No.

Denise Dominguez
706 E Ohio Ave
Escondido CA 92025

FILED
2018 MAY -3 AM 9:35
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

4/

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re: Coast Medical Center inc

BANKRUPTCY NO. 15-05422-LA7

Tax I.D.(EIN)#:         /S.S.#:XXX-XX-         Debtor.

# REQUEST AND NOTICE OF HEARING[1]

TO:

RE:    MOTION FILED ON BEHALF OF [insert name of moving party] Denise Dominguez

You are notified that Denise Dominguez Creditor, the undersigned party in interest, hereby objects to your Motion [or Notice of Intent] and requests a hearing pursuant to your Notice of Motion [or Intent] to take the following action [insert description from Notice]:

Opposition of final report

Your Notice fixed _____ [2] as the last date for serving and filing this Request and Notice of Hearing and the accompanying Declaration[3] in Opposition to Motion [Notice of Intent]. The Opposing Party is [check one]:

[ ] Debtor         [ ] United States Trustee         [ ] Trustee

[X] Creditor       [ ] Other (specify): _____

You are further notified that a hearing will be held in Department 2, Room 118 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, on June 14 at 2 p.m., or as soon thereafter as it can be held.

DATED: 5-2-18

Creditor Denise Dominguez
[Attorney for] Opposing Party

---

[1] DO NOT USE THIS FORM FOR REQUESTING A HEARING ON MOTION FOR RELIEF FROM STAY. USE LOCAL FORM CSD 1186 INSTEAD.

[2] IMPORTANT NOTICE: Before this date, YOU MUST FILE the original and one copy of this Request and Notice of Hearing together with your Declaration in Opposition with Proof of Service with the Clerk of the Bankruptcy Court at the address shown above, and serve a copy of the papers on the moving party. You may obtain a hearing date and time from the Court by calling the number specified in the Notice of Motion [or Intent].

[3] NOTE: This form merely notices the hearing and places it on the Court's calendar. Additional declarations, points and authorities, etc., may be necessary, since the Court expects full compliance with LBR 9013-7(b).

CSD 1184

2

5422 Re2

CSD 1184 (Page 2) [05/19/17]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on __2__ day of __May__, 20__18__, I served a true copy of this REQUEST AND NOTICE OF HEARING, together with the following pleadings [describe any other papers]:

by [describe here mode of service]:

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ] Attorney for Moving Party:      [X] Attorney for Debtor (if required):

Leslie t. gladstone, Chapter 7 trustee
401 Via del Norte
LA Jolla, CA 92037

David S. Greenberg
9089 Clairmont mesa blvd
Suite 208
San Diego CA 92123

[X] For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
880 Front Street, Ste. 3230
San Diego, CA 92101-8897

[ ] For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
401 West A Street, Suite 1680
San Diego, CA 92101

[ ] For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
525 B Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __5·2·18__
(Date)

Denise Dominguez
(Typed Name and Signature)

706 E Ohio Ave
(Address)

Escondido Ca 92025
(City, State, ZIP Code)

CSD 1184