TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor:     COAST MEDICAL CENTER, INC.
Number:   15-05422-LA7

Hearing:    02:00 PM   Thursday, June 14, 2018

Motion:     MOTION FOR FINAL REPORT AND COMPENSATION FILED BY TRUSTEE LESLIE GLADSTONE

Opposition of creditor Denise Dominguez to Ch. 7 Trustee's Final Report, etc., **OVERRULED.**   As can be seen from a review of pages 1 and 2 of the Summary of Trustee's Final Report, this case is what is termed "administratively insolvent".   That means that there is insufficient money in this estate to pay the   fees and expenses that are entitled to priority under the Bankruptcy Code. [$31,739.31 in funds remaining to be paid out versus $31,739.31 in administrative fees and expenses; however, Ms. Dominguez should note that all the administrative expense applicants are receiving less than the full amount they have requested.]   While her claim may have merit, there is no money to be distributed to unsecured creditors like her.