Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
Andrew M. Greene, Esq., (SBN 167386)
Financial Law Group
401 Via Del Norte
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | )Case No. 15-05422-LA7 |
| | ) |
| COAST MEDICAL CENTER, INC., | )**NOTICE OF LODGMENT OF ORDER** |
| | )**AFTER HEARING ON OPPOSITION** |
| | )**TO TRUSTEE'S NOTICE OF** |
| | )**INTENDED ACTION RE:** |
| | )**ALLOWANCE OF COMPENSATION** |
| | )**AND REIMBURSEMENT OF** |
| | )**EXPENSES OF CHAPTER 7 TRUSTEE** |
| | )**AND TRUSTEE'S FINAL REPORT** |
| | ) |
| Debtor(s). | )**Date:   June 14, 2018** |
| | )**Time:  2:00 p.m.,** |
| | )**Dept.:  Two (2)** |
| | )**Honorable Louise DeCarl Adler** |

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

You are hereby served with a copy of the proposed Order After Hearing on Opposition to Trustee's Notice of Intended Action Re: Allowance of Compensation and Reimbursement of Expenses of Chapter 7 Trustee and Trustee's Final Report, attached hereto as Exhibit "A" and herein incorporated by reference, which order is being lodged with the Bankruptcy Court on this date.  You are hereby notified that you have seven (7) days within which to file and serve any objection to the form and substance of said order, and you may file and serve an alternate order if desired.

Dated: June 19, 2018          By: /s/ Christin A. Batt
                              Christin A. Batt, Esq.,
                              Attorney for Leslie T. Gladstone, Trustee

Notice of Lodgment of Order.wpd

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned declares as follows:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred.  My business address is 401 Via Del Norte, La Jolla, California 92037.

On **June 20, 2018**, I caused to be served:

**NOTICE OF LODGMENT OF ORDER AFTER HEARING ON OPPOSITION TO TRUSTEE'S NOTICE OF INTENDED ACTION RE: ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CHAPTER 7 TRUSTEE AND TRUSTEE'S FINAL REPORT**

on the parties in this actions as follows:

**I.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 20, 2018,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- •    Christin A. Batt christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com
- •    Laurie Cayton laurie.cayton@usdoj.gov
- •    Mary Testerman Duvoisin USTP.region15@usdoj.gov; tiffany.l.carroll@usdoj.gov
- •    Leslie T. Gladstone candic@flgsd.com, candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; andrewg@flgsd.com
- •    David S. Greenberg dsgtaxlaw@gmail.com, r61085@notify.bestcase.com United States Trustee ustp.region15@usdoj.gov

**II.     SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:  On **June 20, 2018,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

1   Denise Dominguez
    706 E. Ohio Ave.
2   Escondido, CA 92025
    *Creditor*
3   *VIA FIRST CLASS MAIL*

4   **III.    BY ELECTRONIC SERVICE**, by causing such document(s) to be electronically

5   served on the interested parties in the above-referenced action and addressed as set forth

6   below.  This transmission was reported as complete without error and a copy of the report

7   will be maintained with the document by the sender.

8           I declare under penalty of perjury under the laws of the United States of America that

9   the foregoing is true and correct.

10          Executed **June 20, 2018**, at La Jolla, California.

11

12                                          /s/ Candi Collins
                                            CANDI COLLINS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Lodgment of Order.wpd

**EXHIBIT "A"**

**EXHIBIT "A"**

**CSD 1001C** [06/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
Andrew M. Greene, Esq., (SBN 167386)
Financial Law Group, 401 Via Del Norte, La Jolla, CA 92037
Telephone (858) 454-9887; Facsimile (858) 454-9596
Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | |
|---|---|
| COAST MEDICAL CENTER, INC. | **LODGED** |
| | BANKRUPTCY NO. 15-05422-LA7 |
| | Date of Hearing: June 14, 2018 |
| | Time of Hearing: 2:00 p.m. |
| Debtor. | Name of Judge: Louise De Carl Adler |

## ORDER AFTER HEARING ON OPPOSITION TO TRUSTEE'S
NOTICE OF INTENDED ACTION RE: ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CHAPTER 7 TRUSTEE AND TRUSTEE'S FINAL REPORT

**It is ordered that** the relief sought as set forth on the continuation pages attached and numbered two (2)  through

____2____ with exhibits, if any, for a total of ___2___ pages, is granted.  Notice of Lodgment Docket Entry No._____

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

**CSD 1001C**

**CSD 1001C** [06/01/18](Page 2)

ORDER ON: NOTICE OF INTENDED ACTION RE: ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ~~EXPENSES OF CHAPTER 7 TRUSTEE AND TRUSTEE'S FINAL REPORT~~ ⊞

DEBTOR: COAST MEDICAL CENTER, INC.          CASE NO: 15-05422-LA7

On or about March 21, 2018, Leslie T. Gladstone (the "Trustee") filed and served her Notice of Intended Action and Opportunity for Hearing regarding her intent to allow compensation or reimbursement of expenses for the Trustee.  The amounts for the Trustee's fees and costs are $794.20 and $49.37, plus additional actual costs not to exceed $200.00 (the "Notice").  The Notice had as Exhibit "A" a copy of her proposed Notice of Final Report.  The deadline to file opposition to the Notice was April 16, 2018.  As no opposition was received, this Court entered the order approving the Fee Request on April 17, 2018.  On May 3, 2018, Denise Dominguez ("Ms. Dominguez") filed opposition to said Notice and the Trustee's Final Report, and scheduled a hearing for June 14, 2018, at 2:00 p.m.  On May 3, 2018, the Trustee filed her reply to Ms. Dominguez's opposition.

On June 14, 2018, at 2:00 p.m., this matter came on regularly for hearing in the above-entitled Court.  Andrew M. Greene, Attorney for the Chapter 7 Trustee appeared, and Ms. Dominguez appeared.  The Court having reviewed the Trustee's Notice, the opposition and the Trustee's reply, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The opposition of Ms. Dominguez to the Chapter 7 Trustee's Final Report is overruled.  The Tentative Ruling of the Court entered on June 14, 2018, is affirmed.

IT IS SO ORDERED.

**CSD 1001C**