**CSD 1001C** [06/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
Andrew M. Greene, Esq., (SBN 167386)
Financial Law Group, 401 Via Del Norte, La Jolla, CA 92037
Telephone (858) 454-9887; Facsimile (858) 454-9596
Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

Order Entered on July 3, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
COAST MEDICAL CENTER, INC.

Debtor.

**LODGED**

BANKRUPTCY NO. 15-05422-LA7

Date of Hearing: June 14, 2018
Time of Hearing: 2:00 p.m.
Name of Judge: Louise De Carl Adler

# ORDER AFTER HEARING ON OPPOSITION TO TRUSTEE'S

NOTICE OF INTENDED ACTION RE: ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CHAPTER 7 TRUSTEE AND TRUSTEE'S FINAL REPORT

**It is ordered that** the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. __96__.

//
//
//
//
//
//

DATED: July 3, 2018

_Louise De Carl Adler_
Judge, United States Bankruptcy Court

**CSD 1001C**

ORDER ON: NOTICE OF INTENDED ACTION RE: ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF

DEBTOR: COAST MEDICAL CENTER, INC.     CASE NO: 15-05422-LA7

On or about March 21, 2018, Leslie T. Gladstone (the "Trustee") filed and served her Notice of Intended Action and Opportunity for Hearing regarding her intent to allow compensation or reimbursement of expenses for the Trustee. The amounts for the Trustee's fees and costs are $794.20 and $49.37, plus additional actual costs not to exceed $200.00 (the "Notice"). The Notice had as Exhibit "A" a copy of her proposed Notice of Final Report. The deadline to file opposition to the Notice was April 16, 2018. As no opposition was received, this Court entered the order approving the Fee Request on April 17, 2018. On May 3, 2018, Denise Dominguez ("Ms. Dominguez") filed opposition to said Notice and the Trustee's Final Report, and scheduled a hearing for June 14, 2018, at 2:00 p.m. On May 3, 2018, the Trustee filed her reply to Ms. Dominguez's opposition.

On June 14, 2018, at 2:00 p.m., this matter came on regularly for hearing in the above-entitled Court. Andrew M. Greene, Attorney for the Chapter 7 Trustee appeared, and Ms. Dominguez appeared. The Court having reviewed the Trustee's Notice, the opposition and the Trustee's reply, and good cause appearing therefor,

   IT IS HEREBY ORDERED AS FOLLOWS:

1. The opposition of Ms. Dominguez to the Chapter 7 Trustee's Final Report is overruled. The Tentative Ruling of the Court entered on June 14, 2018, is affirmed.

   IT IS SO ORDERED.

CSD 1001C

Signed by Judge Louise DeCarl Adler July 3, 2018

```
                             United States Bankruptcy Court
                             Southern District of California
In re:                                                                  Case No. 15-05422-LA
Coast Medical Center, Inc.                                              Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: Admin.              Page 1 of 1                  Date Rcvd: Jul 03, 2018
                              Form ID: pdfO1            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2018.
db            #+Coast Medical Center, Inc.,    227 N. El Camino Real #100,    Encinitas, CA 92024-5821
cr             +Denise Dominguez,   706 E. Ohio Ave.,    Escondido, CA 92025-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
              Christin A. Batt    on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com,
               sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewg@flgsd.com
              Christin A. Batt    on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com,
               sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewg@flgsd.com
              David S. Greenberg    on behalf of Debtor   Coast Medical Center, Inc. dsgtaxlaw@gmail.com,
               r61085@notify.bestcase.com
              David S. Greenberg    on behalf of Defendant Linette   Williamson dsgtaxlaw@gmail.com,
               r61085@notify.bestcase.com
              Laurie   Cayton    on behalf of United States Trustee    United States Trustee
               laurie.cayton@usdoj.gov
              Leslie T. Gladstone    candic@flgsd.com,
               candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewg@flgsd.com
              Leslie T. Gladstone    on behalf of Trustee Leslie T. Gladstone candic@flgsd.com,
               candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewg@flgsd.com
              Mary Testerman Duvoisin    on behalf of United States Trustee    United States Trustee
               USTP.region15@usdoj.gov;tiffany.l.carroll@usdoj.gov
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 9